## IN RE VOLCANO CORPORATION STOCKHOLDER LITIGATION

Melvin Lax, Melissa Gordon, and Mohammed Munawar, Plaintiffs Below Appellants,

v.

Goldman, Sachs & Co., Kieran T. Gallahue, Lesley H. Howe, R. Scott Huennekens, Siddhartha Kadia, Alexis V. Lukianov, Ronald A. Matricaria, Leslie V. Norwalk, Daniel J. Wolterman, and Volcano Corporation, Defendants Below, Appellees.

No. 372, 2016

Supreme Court of Delaware.

Submitted: February 8, 2017
Decided: February 9, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 10485–VCM

AFFIRMED.

Weih Steve CHANG, Plaintiff Below, Appellant,

v.

CHILDREN'S ADVOCACY CENTER OF DELAWARE, INC., et al., Defendants Below, Appellees.

No. 419, 2016

Supreme Court of Delaware.

Submitted: January 31, 2017
Decided: February 9, 2017

Court Below—Court of Chancery of the States of Delaware, C.A. No. 11632

DISMISSED.

Robert MILLER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 581, 2016

Supreme Court of Delaware.

Submitted: December 23, 2016
Decided: February 9, 2017

Court Below—Superior Court of the State of Delaware. Cr. ID No. 1412002671

DISMISSED.

Corey HARRELL, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 591, 2016

Supreme Court of Delaware.

Submitted: January 13, 2017
Decided: February 10, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1311014669

DISMISSED.